# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>AKRAM KHALIL,　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　　  ) | 2:90-CR-00040-GMN-PAL<br><br>**ORDER TO DISMISS** |

　　　　IT IS ORDERED that the United States' Motion to Dismiss is hereby granted.

　　　　**DATED** this 30th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge

3